**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | |
|---|---|
| Tommy Beatty,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Conn Appliances, Inc.,<br><br>　　　　　　Defendant. | Civil Action No.: 1:14-cv-673<br><br>**COMPLAINT**<br>JURY |

　　　　　For this Complaint, the Plaintiff, Tommy Beatty, by undersigned counsel, states as follows:

## JURISDICTION

　　　　　1.　　This action arises out of Defendant's repeated violations of the Telephone Consumer Protection Act 47 U.S.C. § 227, et. seq. ("TCPA").

　　　　　2.　　Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), in that the Defendant transacts business in this District and a substantial portion of the acts giving rise to this action occurred in this District.

## PARTIES

　　　　　3.　　The Plaintiff, Tommy Beatty ("Plaintiff"), is an adult individual residing in Jasper, Texas, and is a "person" as defined by 47 U.S.C. § 153(39).

　　　　　4.　　The Defendant, Conn Appliances, Inc. (hereafter "Conn"), is a company with an address of 4055 Technology Forest Boulevard, Suite 210, The Woodlands, Texas 77381, and is a "person" as defined by 47 U.S.C. § 153(39).

## FACTS

5. In or around July 2014, Conn began calling Plaintiff by placing calls to Plaintiff's cellular telephone 409-xxx-0517, using an automated telephone dialer system with an artificial or prerecorded voice in violation of 47 U.S.C. § 227(b)(1)(A)(iii).

6. When Plaintiff answered the calls from Conn, he heard a prerecorded message indicating that Conn was attempting to reach Plaintiff's wife.

7. Plaintiff does not know how Conn acquired his cellular phone number.  Plaintiff did not provide it to Conn.

8. Plaintiff did not provide prior express consent to Conn to place calls to his cellular phone number.

9. The volume of calls placed by Conn has reached up to 3 calls in a single day.

10. During a live conversation, Plaintiff directed Conn to cease calling his cellular phone and provided Conn with his wife's telephone number.

11. Despite being unequivocally advised by Plaintiff to stop calling, Conn continued placing automated calls to Plaintiff.

## COUNT I

## VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT – 47 U.S.C. § 227, et seq.

12. The Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

13. At all times mentioned herein, Conn called Plaintiff on his cellular telephone using an ATDS or predictive dialer and/or by using a prerecorded or artificial voice.

14. Plaintiff did not provide his express consent to be contacted on his cellular telephone, and in fact instructed Conn to stop all calls to his cellular telephone.

15. Conn continued to place calls to Plaintiff's cellular telephone after being advised by Plaintiff that he wanted all calls to cease. As such, each call placed to Plaintiff was made in knowing and/or willful violation of the TCPA, and is subject to treble damages pursuant to 47 U.S.C. § 227(b)(3)(C).

16. The telephone number called by Conn was assigned to a cellular telephone service for which Plaintiff incurs charges for incoming calls pursuant to 47 U.S.C. § 227(b)(1).

17. The calls from Conn to Plaintiff were not placed for "emergency purposes" as defined by 47 U.S.C. § 227(b)(1)(A)(i).

18. Each of the aforementioned calls made by Conn constitutes a violation of the TCPA.

19. As a result of each call made in negligent violation of the TCPA, Plaintiff is entitled to an award of $500.00 in statutory damages for each call placed in violation of the TCPA pursuant to 47 U.S.C. § 227(b)(3)(B).

20. As a result of each call made in knowing and/or willful violation of the TCPA, Plaintiff is entitled to an award of treble damages in an amount up to $1,500.00 pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

## PRAYER FOR RELIEF

**WHEREFORE**, the Plaintiff prays that judgment be entered against the Defendant:

A. Statutory damages of $500.00 for each violation determined to be negligent pursuant to 47 U.S.C. § 227(b)(1)(A);

B. Treble damages for each violation determined to be willful and/or knowing pursuant to 47 U.S.C. § 227(b)(3)(C);

    C.  Such other and further relief as may be just and proper.

**TRIAL BY JURY DEMANDED ON ALL COUNTS**

Dated: December 18, 2014

                        Respectfully submitted,

                        By  */s/ Jenny DeFrancisco*

                        Jenny DeFrancisco, Esq.
                        CT Bar No.: 432383
                        LEMBERG LAW LLC
                        1100 Summer Street, 3rd Floor
                        Stamford, CT 06905
                        Telephone: (203) 653-2250
                        Facsimile:  (203) 653-3424
                        E-mail: jdefrancisco@lemberglaw.com
                        *Attorneys for Plaintiff*