IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| TOMMY BEATTY | § § | |
| v. | § § | NO. 1:14-CV-673 |
| CONN APPLIANCES, INC. | § | |

## ORDER OF DISMISSAL

The parties' joint "Stipulation of Dismissal" (Doc. No. 12) is accepted. Accordingly, the above case is dismissed with prejudice with each party to bear its own costs of court. The court retains jurisdiction to enforce any settlement. The Clerk is directed to close the case. All pending motions are denied as moot.

So **ORDERED** and **SIGNED** this **18** day of **April, 2015.**

_____
Ron Clark, United States District Judge